**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Francisco RAMIREZ–REYNOSA, Defendant–Appellant.**

No. 12–10001.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2013.*

Filed March 22, 2013.

Christina Marie Cabanillas, Assistant U.S. Attorney, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Thomas G. Hippert, Esquire, Law Offices of Thomas G. Hippert P.C., Tucson, AZ, for Defendant–Appellant.

Francisco Ramirez–Reynosa, Adelanto, CA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM ***

Francisco Ramirez–Reynosa appeals from the district court's judgment and challenges the 33–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ramirez–Reynosa's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ramirez–Reynosa the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

